THE STATE OF OHIO, APPELLANT, *v.* BRUNI, APPELLEE.

[Cite as *State v. Bruni* (1999), 86 Ohio St.3d 1220.]

(No. 98–2276—Submitted September 15, 1999—Decided October 6, 1999.)

*Robert D. Horowitz,* Stark County Prosecuting Attorney, and *Frederic R. Scott,* Assistant Prosecuting Attorney, for appellant.

*Kenneth R. Spiert,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.